# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Uriel Vazquez Perez,
on his own behalf and on behalf of others similarly situated,

                 Petitioner-Plaintiff,         18 **CIVIL** 10683 (AJN)

        -against-                        **JUDGMENT**

Thomas Decker, *et al.*,

              Respondents-Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 30, 2020, Vazquez Perez has satisfied the requirements of Rules 23(a) and (b), and thus certification of a class is appropriate here. Accordingly, the Court GRANTS Vazquez Perez's unopposed class certification motion and certifies the Rule 23(b)(2) class comprised of all individuals who have been, or will be, arrested by ICE's New York Field Office and detained; under Section 1226 of Title 8 of the United States Code for removal proceedings before an Immigration Judge and who have not been provided an initial hearing before an Immigration Judge. Vazquez Perez's motion for summary judgment is GRANTED IN PART and DENIED IN PART. The Court DECLARES that the Due Process Clause of the Fifth Amendment requires that initial master calendar hearings for any class member be held within 10 days of an individual's arrest by ICE. The Government's cross-motion for summary judgment is GRANTED as to the substantive due process and Administrative Procedure Act claims, and this case is closed.

**Dated:**  New York, New York
          November 30, 2020

>                        **RUBY J. KRAJICK**
>                        _____
>                          **Clerk of Court**
> **BY:**  *David J. Thomas*
>                          **Deputy Clerk**