

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 15, 2021

**By ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/21
```

      Re:    *Vazquez Perez v. Decker*, 18-cv-10683 (AJN)

Dear Judge Nathan:

    This Office represents the government in this action. The Court has extended the time for the petitioner to file a motion for attorney's fees under the Equal Access to Justice Act ("EAJA") until September 28, 2021. ECF No. 168. I write to respectfully request, with the consent of petitioner's counsel, that the Court grant the petitioner a 70-day extension of time to file an EAJA motion, until December 7, 2021, so that the parties may be permitted additional time to explore a potential resolution of the issue of attorney's fees without judicial intervention. The Court has granted the parties' prior two requests to extend the deadline to file a fee motion, ECF Nos. 166, 168, and, as noted, petitioner's counsel consents to this request.

SO ORDERED.

*[signature]*

9/15/21

    I thank the Court for its consideration of this request.

                      Respectfully,

                      AUDREY STRAUSS
                      United States Attorney for the
                      Southern District of New York

      By:    */s/ Brandon M. Waterman*
              BRANDON M. WATERMAN
              Assistant United States Attorney
              86 Chambers Street, 3rd Floor
              New York, New York 10007
              Tel.    (212) 637-2741

cc:       Counsel of Record (by ECF)