

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

November 26, 2021

**By ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/21
```

      Re:    *Vazquez Perez v. Decker*, 18-cv-10683 (AJN)

Dear Judge Nathan:

    This Office represents the government in this action. The Court has extended the time for the petitioner to file a motion for attorney's fees under the Equal Access to Justice Act ("EAJA") until December 7, 2021. ECF No. 170. I write to respectfully request, with the consent of petitioner's counsel, that the Court grant the petitioner a 60-day extension of time to file an EAJA motion, until February 7, 2022, so that the parties may be permitted additional time to explore a potential resolution of the issue of attorney's fees without judicial intervention. The Court has granted the parties' prior three requests to extend the deadline to file a fee motion, ECF Nos. 166, 168, 170, and, as noted, petitioner's counsel consents to this request.

**SO ORDERED.**

*/s/ Alison J. Nathan*

11/30/21

    I thank the Court for its consideration of this request.

                              Respectfully,

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York

             By:    */s/ Brandon M. Waterman*
                     BRANDON M. WATERMAN
                     Assistant United States Attorney
                     86 Chambers Street, 3rd Floor
                     New York, New York 10007
                     Tel.   (212) 637-2741

cc:      Counsel of Record (by ECF)