

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

January 27, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2022
```

**By ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Vazquez Perez v. Decker*, 18-cv-10683 (AJN)

Dear Judge Nathan:

    This Office represents the government in this action. The Court has extended the time for the petitioner to file a motion for attorney's fees under the Equal Access to Justice Act ("EAJA") until February 7, 2022. ECF No. 172. I write to respectfully request, with the consent of petitioner's counsel, that the Court grant the petitioner a 60-day extension of time to file an EAJA motion, until April 8, 2022, so that the parties may be permitted additional time to explore a potential resolution of the issue of attorney's fees without judicial intervention. The Court granted the parties' prior four requests to extend the deadline to file a fee motion, ECF Nos. 168, 170, 172, and, as noted, petitioner's counsel consents to this request.

SO ORDERED.

*[signature]* Alison J. Nathan
1/28/2022

    I thank the Court for its consideration of this request.

                           Respectfully,

                           DAMIAN WILLIAMS
                           United States Attorney for the
                           Southern District of New York

        By:    */s/ Brandon M. Waterman*
              BRANDON M. WATERMAN
              Assistant United States Attorney
              86 Chambers Street, 3rd Floor
              New York, New York 10007
              Tel.   (212) 637-2741

cc:      Counsel of Record (by ECF)